UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SHELIA JENNINGS                     CIVIL ACTION NO:  3:20-CV-01393-TAD-KDM

    *Plaintiff*

VERSUS

WALMART INC.
and AMIGO MOBILITY
INTERNATIONAL, INC.

    *Defendants*

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

COMES NOW, plaintiff, **SHELIA JENNINGS,** by and through her counsel of record, who would aver for the purposes of supplementing and amending her original complaint, per the Order of this Honorable Court of March 11, 2021, as follows:

A.

Petitioner wishes to amend paragraph 1 of her original complaint to read, as follows:

"1.    Plaintiff, Shelia Jennings, who is a person of lawful age and majority, is a resident of and is domiciled in Jonesboro, Jackson Parish, Louisiana."

B.

Further, petitioner wishes to make the following amendment regarding the defendant, Walmart, Inc., and its state of incorporation as well as principal place of business regarding paragraph 2 of her complaint, as follows:

"2.    Defendant, **WALMART, INC**., is a Delaware corporation with its principal place of business at 702 W. 8th Street, Bentonville, Arkansas 72716, that is authorized to do and doing

business in Louisiana. It has appointed CT Corporation System, 3867 Plaza Drive, Baton Rouge, Louisiana 70816, as its Louisiana agent for service of process."

C.

Petitioner wishes to supplement and amend her original complaint to join Walmart Louisiana, LLC, who is noted in the answer already filed by defendant, Walmart, Inc., to be the owner of the Jonesboro Walmart store where plaintiff was injured, as follows:

"2(a) **WALMART LOUISIANA, LLC**, a non-Louisiana limited liability company with its principal place of business in Bentonville, Arkansas. Walmart Louisiana, LLC is the wholly owned subsidiary of Walmart Stores, Inc, and is authorized to do and doing business in Louisiana and within this Court's jurisdiction. It has appointed the CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816, as its Louisiana agent for service of process."

D.

Also, petitioner wishes to make the following amendment regarding the defendant, Amigo Mobility International, Inc., and it's state of incorporation as well as the principal place of business, regarding paragraph 3 of her complaint, as follows:

"3. **AMIGO MOBILIGY INTERNATIONAL, INC**, a Michigan corporation with its principal place of business at 6693 Dixie Highway, Bridgeport, Michigan 48722, and is authorized to do and doing business in Louisiana and within this Court's jurisdiction. The defendant may be served at its place of business, 6693 Dixie Highway, Bridgeport, MI 48722, through its registered agents, Allan Thieme and/or Beth Thieme.

E.

All other allegations contained in the original Petition for Damages are re-averred, as if copied *in extensio.*

F.

Petitioner shows that leave of court for the filing of her supplemental and amending petition is not required as per the Order filed in this matter on March 11, 2021.

**WHEREFORE, PETITIONER, SHELIA JENNINGS, PRAYS** that her Supplemental and Amending Petition be filed, and that after all due proceedings had, there be judgment herein in favor of petitioner and against said defendants for all general and special damages sustained by petitioner, plus legal interest from date of judicial demand, and for all costs of these proceedings, and any other relief as equity in the cause may require.

Respectfully submitted,

/s/Richard L. Fewell, Jr.
Richard L. Fewell, Jr.
La. Bar No. 18891
Law Offices of Richard L. Fewell, Jr.
1315 Cypress Street
P. O. Box 1437
West Monroe, LA   71291
Telephone: (318) 388-3320
Facsimile: (318) 388-3337
Email: *fewelllawrichard@gmail.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing First Supplemental and Amending Petition has this date been served upon the following parties via the Court's electronic mail notification system:

| | |
|---|---|
| Cyd Sheree Page | csp@volalaw.com, jessie@volalaw.com |
| Scott R. Wolfe | swolf@bwor.com, aolsen@bwor.com, bgoodman@bwor.com, dmanning@bwor.com |
| Beau Anthony LeBlanc | bal@volalaw.com, bette@vola.com |

/s/  Richard L. Fewell, Jr.