**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**SHELIA JENNINGS**                    CIVIL ACTION NO: 3:20-CV-01393-TAD-KDM

    *Plaintiff*

**VERSUS**

**WALMART INC.**
**and AMIGO MOBILITY**
**INTERNATIONAL, INC.**

    *Defendants*

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

COMES NOW, plaintiff, **SHELIA JENNINGS,** by and through her counsel of record, who would aver for the purposes of supplementing and amending her original complaint and First Supplemental and Amended Complaint, per the Order of this Honorable Court of March 24, 2021, as follows:

A.

Petitioner wishes to amend paragraph 2(a) of her First Supplemental and Amended Complaint to read, as follows:

"2(a)  **WALMART LOUISIANA, LLC**, a foreign limited liability company with its principal place of business at 702 W. 8th Street, Bentonville, Arkansas 72716, that is authorized to do and doing business in Louisiana. It has appointed CT Corporation System, 3867 Plaza Drive, Baton Rouge, Louisiana 70816, as its Louisiana agent for service of process."

B.

Petitioner also wishes to amend her original and Second Supplemental and Amended Complaint with regard to paragraph 4 to now read as follows:

"4.     On October 29, 2019 plaintiff, Shelia Jennings, was a customer at the Walmart Supercenter #149 located at 184 Winnfield Road, Jonesboro, Louisiana, and owned and operated by defendants, Walmart Louisiana, LLC (d/b/a Walmart Supercenter #184) and Walmart Stores, Inc."

C.

All other allegations contained in the original Petition for Damages are re-averred, as if copied *in extensio.*

D.

Petitioner shows that leave of court for the filing of her supplemental and amending petition is not required as per the Order filed in this matter on March 24, 2021.

**WHEREFORE, PETITIONER, SHELIA JENNINGS, PRAYS** that her Second Supplemental and Amending Petition be filed, and that after all due proceedings had, there be judgment herein in favor of petitioner and against said defendants for all general and special damages sustained by petitioner, plus legal interest from date of judicial demand, and for all costs of these proceedings, and any other relief as equity in the cause may require.

2

                                      Respectfully submitted,

                                      /s/ Richard L. Fewell, Jr.
                                      Richard L. Fewell, Jr.
                                      La. Bar No. 18891
                                      Law Offices of Richard L. Fewell, Jr.
                                      1315 Cypress Street
                                      P. O. Box 1437
                                      West Monroe, LA   71291
                                      Telephone: (318) 388-3320
                                      Facsimile: (318) 388-3337
                                      Email: *fewelllawrichard@gmail.com*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing Second Supplemental and Amending Petition has this date been served upon the following parties via the Court's electronic mail notification system:

| | |
|---|---|
| Cyd Sheree Page | csp@volalaw.com, jessie@volalaw.com |
| Scott R. Wolfe | swolf@bwor.com, aolsen@bwor.com, bgoodman@bwor.com, dmanning@bwor.com |
| Beau Anthony LeBlanc | bal@volalaw.com, bette@vola.com |

                                      /s/  Richard L. Fewell, Jr.