UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SHELIA JENNINGS            CIVIL ACTION NO: 3:20-CV-01393-TAD-KDM

    *Plaintiff*

VERSUS

WALMART INC.
and AMIGO MOBILITY
INTERNATIONAL, INC.

    *Defendants*

## THIRD SUPPLEMENTAL AND AMENDED COMPLAINT AND/OR ALTERNATIVELY FOR ADDITIONAL TIME TO CONDUCT JURISDICTIONAL DISCOVERY TO ASCERTAIN IDENTITY OF MEMBERS OF WALMART, LLC

COMES NOW, plaintiff, **SHELIA JENNINGS,** by and through her counsel of record, who would aver for the purposes of supplementing and amending her original complaint, First Supplemental and Amended Complaint, and Second Supplemental and Amended Complaint, per the Order of this Honorable Court of April 12, 2021, as follows:

A.

Petitioner wishes to amend paragraph 2(a) of her Second Supplemental and Amended Complaint to read, as follows:

"2(a) **WALMART LOUISIANA, LLC**, a limited liability company that owns and operates the Walmart Supercenter #149 located at 184 Winnfield Road, Jonesboro, Louisiana."

B.

Should this Honorable Court require that all members of Walmart Loisiana, LLC and

1

their citizenship be listed in her complaint, plaintiff alternatively requests an extension of time of thirty (30) days within which to conduct jurisdictional discovery to ascertain the identity of the member(s) of Walmart Louisiana, LLC and their citizenship and properly amend her petition.

C.

All other allegations contained in the original Petition for Damages, and First and Second Supplemental and Amending Petitions, are re-averred, as if copied *in extensio.*

D.

Petitioner shows that leave of court for the filing of her supplemental and amending petitions are not required as per the Order filed in this matter on April 12, 2021, but alternatively she requests an additional thirty (30) days for discovery should her amendment not be sufficient.

**WHEREFORE, PETITIONER, SHELIA JENNINGS, PRAYS** that her Third Supplemental and Amending Petition be filed, and that after all due proceedings had, there be judgment herein in favor of petitioner and against said defendants for all general and special damages sustained by petitioner, plus legal interest from date of judicial demand, and for all costs of these proceedings, and any other relief as equity in the cause may require.

**PETITIONER ALTERNATIVELY PRAYS** for an extension of thirty (30) days within which to conduct jurisdictional discovery to ascertain the identity of the member(s) of Walmart Louisiana, LLC and their citizenship and properly amend her petition.

                                Respectfully submitted,

                                /s/ Richard L. Fewell, Jr.
                                Richard L. Fewell, Jr.
                                La. Bar No. 18891
                                Law Offices of Richard L. Fewell, Jr.
                                1315 Cypress Street
                                P. O. Box 1437
                                West Monroe, LA   71291
                                Telephone: (318) 388-3320
                                Facsimile: (318) 388-3337
                                Email: *fewelllawrichard@gmail.com*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing Third Supplemental and Amending Petition has this date been served upon the following parties via the Court's electronic mail notification system:

| | |
|---|---|
| Cyd Sheree Page | csp@volalaw.com, jessie@volalaw.com |
| Scott R. Wolfe | swolf@bwor.com, aolsen@bwor.com, bgoodman@bwor.com, dmanning@bwor.com |
| Beau Anthony LeBlanc | bal@volalaw.com, bette@vola.com |

                                /s/  Richard L. Fewell, Jr.