

Regions Tower, Suite 700
333 Texas Street
Shreveport, LA 71101
Firm: 318.221.6858
Fax: 318.227.2967
Web: www.bwor.com

Mailing Address:
P.O. Drawer 1126
Shreveport, LA 71163-1126

**SCOTT R. WOLF**
Direct: 318.934.0228
Email: swolf@bwor.com
Licensed in
Louisiana
Texas
Nevada
Arizona

February 21, 2022

**VIA U.S. MAIL**
Hon. Terry A. Doughty
United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

Re: *Shelia Jennings vs. Wal-Mart Stores, Inc. et al;* No. 3:20-cv-01393; U.S. District Court, Western District of Louisiana, Monroe Division, Our File No. 450056.672

Dear Judge Doughty:

This letter is to advise the Court that the parties have reached a settlement in this matter. Accordingly, the Court may remove the trial set for the week of June 6, 2022, from the Court's calendar and the Court does not need to take any action on any pending motions. We will soon forward a stipulation of dismissal to the Court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Scott R. Wolf

SRW/bg

cc: Richard L. Fewell, Jr., Esq.
Beau A. Leblanc, Esq.

MERITAS LAW FIRMS WORLDWIDE